**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-1206**

—————

EDWARD E. STROUPE, JR.,

              Plaintiff - Appellant,

        v.

MICHAEL J. ASTRUE,

              Defendant - Appellee.

—————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Chief District Judge.  (1:07-cv-00090-jpj-pms)

—————

Submitted:  November 24, 2009        Decided:  December 28, 2009

—————

Before MOTZ, KING, and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Edward E. Stroupe, Jr., Appellant Pro Se.  Shawn C. Carver, Robert W. Kosman, Assistant Regional Counsel, Taryn F. Jasner, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward E. Stroupe, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and affirming the final decision of the Commissioner of Social Security that Stroupe was not entitled to supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stroupe v. Astrue, No. 1:07-cv-00090-jpj-pms (W.D. Va. Feb. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2